IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                              CHAPTER 13 CASE
                                                            NO. 09-33370-DHW

**ALEXIS JAMES SHELL,**
**XXX-XX-2010**

      **Debtor(s).**

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE.** Responses must be filed electronically with the Clerk or by U.S. mail addressed to: Clerk of the Bankruptcy Court, One Church Street, Montgomery, AL 36104.

## TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN

COMES NOW, the Trustee, by and through the undersigned counsel, and moves this Honorable Court to modify the debtor(s) plan, and as grounds for said motion, states as follows:

1. State of Alabama DHR filed a priority claim in the amount of $703.50 for child support arrearage (Court Claim #8 / Trustee Claim #16).

2. On March 3. 2010, Trustee advised debtor(s) attorney of the claim and requested the attorney to either make provisions or object; whichever was more appropriate.

3. On May 19, 2010, debtor's attorney advised the claim was being reviewed and that debtor had allotment paying child support and that the plan would probably be modified to pay direct.

4. As of this date no action has been taken and the no provisions issue still remains unresolved.

WHEREFORE, the Trustee moves this Honorable Court to amend the debtor(s) plan to provide for Court Claim #8 (Trustee Claim #17) of State of Alabama DHR to be paid direct.

Respectfully submitted this 28th day of July 2010.

                                 Curtis C. Reding
                                 Standing Chapter 13 Trustee

By:    /s/ Sabrina L. McKinney
        Sabrina L. McKinney
        Staff Attorney
        ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 28th day of July 2010.

                                 /s/ Sabrina L. McKinney
                                 Sabrina L. McKinney

Alexis James Shell
4628 Wares Ferry Rd.
Montgomery, AL 36109

Vonda S. McLeod *(electronic filing)*

State of Alabama DHR
c/o Melanie G. Hinson, Esq.
Attorney for Alabama DHR
P.O. Box 480669
Linden, AL 36748

State of Alabama DHR
Alabama Child Support Payment Center
P.O. Box 244015
Montgomery, AL 36124